UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES SILLER JR.,

       Plaintiff,

    v.

BLOCKBUSTER INC., and DOES 1-10,

       Defendants.

_____/

No. C 06-7794 PJH

**NOTICE AND ORDER CONTINUING HEARING DATE**

The court hereby CONTINUES, sua sponte, the hearing on defendant's motion to dismiss, which was previously set for January 31, 2007, at 9:00 a.m.  It will now be heard on **February 21, 2007**, at **9:00 a.m.**, in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

In view of the court's decision to continue the hearing date on defendant's motion to dismiss, the court further DENIES as moot plaintiff's recently filed Motion to Enlarge Time, by which plaintiff seeks to continue the hearing on defendant's pending motion to dismiss, and further seeks additional time in which to file a belated opposition brief.  The court will, however, treat plaintiff's request to file a late opposition brief as an administrative motion to allow a late filing.  As such, defendant is hereby granted until **January 29, 2007**, to oppose plaintiff's administrative request to file a belated opposition, after which the court will determine whether to accept plaintiff's opposition brief.  Plaintiff is not permitted to file a reply, once defendants has filed its January 29 opposition, if any.

**IT IS SO ORDERED**.

Dated:  January 24, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge