UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES SILLER JR.,

    Plaintiff,

    v.

BLOCKBUSTER INC., and DOES 1-10,

    Defendants.
_____/

No. C 06-7794 PJH

**ORDER RE ADMINISTRATIVE MOTION TO FILE BELATED OPPOSITION**

On January 24, 2007, the court issued an order denying plaintiff's motion to enlarge time, and construing plaintiff's request therein to file an untimely opposition brief as an administrative motion to allow a late filing. Plaintiff sought to file the opposition brief in response to defendant's pending motion to dismiss, currently set for hearing on February 21, 2007. The deadline for filing plaintiff's opposition brief was January 10, 2007. Plaintiff waited almost two weeks before filing his administrative request, along with the proposed opposition brief.

Defendant has now submitted its opposition to plaintiff's administrative request, and argues that plaintiff has failed to demonstrate excusable neglect, and that a late filing will prejudice defendant. This is largely correct. Plaintiff has not met the excusable neglect standard set forth in Federal Rule of Civil Procedure 6(b)(2) as a prerequisite to an order granting leave to file a belated brief. Nonetheless, in view of plaintiff's pro per status, the court will GRANT plaintiff's request to file the untimely opposition brief that was submitted in conjunction with plaintiff's motion to enlarge time. Plaintiff should note, however, that this is his only "free bite" at the apple. No further violations of the local rules will be countenanced.

Defendant is hereby granted one week, until **February 9**, in which to file an additional reply, if it wishes to do so.  This still ensures adequate time for the court's full consideration of the motion, as the hearing on the motion to dismiss has been continued to February 21, 2007.

**IT IS SO ORDERED.**

Dated: February 2, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge