UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES SILLER, JR.,

       Plaintiff(s),                     No. C 06-7794 PJH

    v.                                      **ORDER**

BLOCKBUSTER INC.,

       Defendant(s).

_____/

Defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), came on for hearing today. Benjamin Smith and Sheila Jambekar appeared for defendant. Plaintiff, James Siller, appeared in pro per. The court ruled from the bench for the reasons stated on the record as follows:

1. Defendant's motion to dismiss plaintiff's cause of action for intentional infliction of emotional distress is DENIED.

2. Defendant's motion to dismiss plaintiff's cause of action for negligent infliction of emotional distress is GRANTED without leave to amend.

3. Defendant's motion to dismiss plaintiff's cause of action for conversion is DENIED.

The case management conference originally scheduled for March 29, 2007, and continued at the request of the parties in view of the pending motion to dismiss, to May 17, 2007, is ADVANCED to April 12, 2007 at 2:30 p.m. The parties must meet and confer in advance of the conference about those matters set forth in Rule 16, however, as plaintiff is proceeding without counsel, separate case management statements are permissible. As ordered at the hearing, the discovery plan required by Rule 26, must describe all of the

discovery the parties seek to take in this case.

**IT IS SO ORDERED.**

Dated: March 28, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge

2