| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | BENJAMIN P. SMITH, State Bar. No. 197551<br>SHEILA A. JAMBEKAR, State Bar. No. 239101 |
| 3 | One Market, Spear Street Tower<br>San Francisco, California 94105-1126 |
| 4 | Tel: 415.442.1000<br>Fax: 415.442.1001 |
| 5 | e-mail: bpsmith@morganlewis.com,<br>sjambekar@morganlewis.com |
| 6 | Attorneys for Defendant |
| 7 | BLOCKBUSTER INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES SILLER JR., | Case No. C 06-07794 PJH |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF CASE WITH PREJUDICE** |
| BLOCKBUSTER INC., and DOES 1-10, | |
| Defendant. | Dept.: Courtroom 3<br>Judge: Honorable Phyllis J. Hamilton |

1   IT IS HEREBY STIPULATED by Plaintiff James Siller Jr., in propia persona, and
2   Defendant Blockbuster Inc., through its counsel, that the above-captioned case be discontinued
3   and dismissed with prejudice as to all parties pursuant to Federal Rule of Civil Procedure
4   41(a)(1), with each party bearing his or its own fees and costs.

Dated: July 31, 2007

MORGAN, LEWIS & BOCKIUS LLP
Benjamin P. Smith
Sheila A. Jambekar

By: Sheila A. Jambekar
Attorney for Blockbuster Inc.

Dated: July 23, 2007

By: James Siller Jr.
Plaintiff in Propria Persona
1301 Park Central Ct.
Richmond, CA 94803
Tel: 510-222-0946
Fax: 510-222-6044
e-mail: jhsill@aol.com

[~~PROPOSED~~] ORDER

The above-captioned case is hereby dismissed with prejudice in its entirety as to all parties.

**IT IS SO ORDERED.**

Dated: 8/2/07

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1-SF/7575906.1

-i-

CASE NO. C 06-07794 PJH
STIPULATION FOR DISMISSAL WITH PREJUDICE